**UNITED STATES COURT OF INTERNATIONAL TRADE**

AMCOR FLEXIBLES SINGEN GMBH,   )

)

     Plaintiff,     )   Court No. 16-00196

)

     v.     )

)

UNITED STATES,     )

)

     Defendant.     )

**STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the Summons.

2. The stipulable imported merchandise covered by the entries set forth on Schedule A consists of flexible packaging materials.

3. This imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as plastic film under *Harmonized Tariff Schedule of the United States* ("HTSUS") subheading 3921.90.40 or as aluminum foil not backed under HTSUS subheading 7607.19.60.

4. The stipulable imported merchandise identified in Schedule A is classifiable as backed aluminum foil under HTSUS subheading 7607.20.50.

5. The imported merchandise, covered by the entries set forth on that attached Schedule A, is stipulable in accordance with this agreement.

6.    Any refunds payable by reason of this judgment are to be paid with interest provided for by law.

7.    All other claims and non-stipulable entries are abandoned.

8.    Each party agrees to bear its own attorney fees, related litigation expenses, and costs.

Respectfully submitted,

By:    Wm. Randolph Rucker  
Faegre Drinker Biddle & Reath LLP  
Attorneys for Plaintiff  
320 South Canal Street, Suite 3300  
Chicago, IL 60606  
Phone: (312) 569-1157

BRETT A. SHUMATE  
Assistant Attorney General

PATRICIA M. McCARTHY  
Director

By:    4/16/26  
JUSTIN R. MILLER  
Attorney-in-Charge  
International Trade Field Office

Of Counsel:  
Paula Smith, Esq.  
Office of the Assistant Chief Counsel  
International Trade Litigation  
U.S. Customs and Border Protection

4/16/26  
EDWARD F. KENNY  
Senior Trial Counsel  
Civil Division, Dept. of Justice  
Commercial Litigation Branch  
26 Federal Plaza, Room 346  
New York, New York 10278  
Attorneys for Defendant  
Tel No: (202) 305-5216  
edward.kenny@usdoj.gov

*Amcor Flexibles Singen GMBH, v. United States*                              *Page  3*
*Stipulated Judgment, Court No. 16-00196*

     **IT IS HEREBY ORDERED** that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: _____        _____
     New York, New York                          Judge

SCHEDULE OF MATERIALS: COURT NO. 16-00196

## SCHEDULE A

## TO STIPULATED JUDGMENT FOR COURT NO. 16-00196

The following stipulated Material Nos. are to be reliquidated under HTSUS subheading 7607.20.50.

**PORT OF ENTRY: CHARLOTTE, NC.**

| Protest No. | Entry No. | Product No. | Product Description |
|---|---|---|---|
| 1512-12-100088 | U5241009013 | 3273863 | 20-micron aluminum foil, soft temper, plain, bright side lacquer laminated to a 12-micron PET film, PET film 4-colours gravure printed black, blue, dark red and white, subsequently over lacquered, dull side extrusion coated with 30g/sqm LDPE |
| | U5241009526 | 2327356 | 60-micron aluminum thin strip, soft temper, plain, dull side lacquer laminated to a 20-micron OPP-film, bright side extrusion coated with 30 g/m2LDPE |
| | U5241009807* | 2327356 | 60-micron aluminum thin strip, soft temper, plain, dull side lacquer laminated to a 20-micron OPP-film, bright side extrusion coated with 30 g/m2LDPE |
| | U5241010185 | 3273863 | 20-micron aluminum foil, soft temper, plain, bright side lacquer laminated to a 12-micron PET film, PET film 4-colours gravure printed black, blue, dark red and white, subsequently over lacquered, dull side extrusion coated with 30g/sqm LDPE |
| | U5241010185 | 3273863 | 20-micron aluminum foil, soft temper, plain, bright side lacquer laminated to a 12-micron PET film, PET film 4-colours gravure printed black, blue, dark red and white, subsequently over lacquered, dull side extrusion coated with 30g/sqm LDPE |
| | U5241010557 | 2327356 | 60-micron aluminum thin strip, soft temper, plain, dull side lacquer laminated to a 20-micron OPP- |

* All claims arising from this entry are abandoned.

SCHEDULE OF STIPULATED MERCHANDISE: COURT NO. 16-00196

| Protest No. | Entry No. | Product No. | Product Description |
|---|---|---|---|
| | | | film, bright side extrusion coated with 30 g/m2LDPE |
| | U5241011878 | 2327356 | 60-micron aluminum thin strip, soft temper, plain, dull side lacquer laminated to a 20-micron OPP-film, bright side extrusion coated with 30 g/m2LDPE |
| 1512-12-100131 | U5241014104 | 2327356 | 60-micron aluminum thin strip, soft temper, plain, dull side lacquer laminated to a 20-micron OPP-film, bright side extrusion coated with 30 g/m2LDPE |
| | U5241014187 | 2327445 | 60-micron aluminum foil, soft temper, plain, dull side lacquer laminated to a 25-micron OPA film, OPA film lacquer laminated to a 60-micron PP film, bright side lacquer laminated to a 60-micron PP film |